# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Lake George Steamboat Company, Inc.**

    vs.

**Douglas A. Wrock, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**  1:06-CV-883

____ **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**  **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT THE COURT LACKS ADMIRALTY JURISDICTION AND THIS ACTION IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED ON OCTOBER 13, 2006.

Dated:   October 13, 2006

*Lawrence K. Baerman*
Clerk of Court

s/S. Potter
By:  Deputy Clerk